**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6048

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY EARL WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-95-101)

Submitted: March 15, 2004          Decided: April 5, 2004

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Earl Williams, Appellant Pro Se. Janet S. Reincke, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Earl Williams appeals the district court's order dismissing his motion filed pursuant to <u>Hazel-Atlas Glass Co. v. Hartford-Empire Co.</u> 322 U.S. 238 (1944). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Williams</u>, No. CR-95-101 (E.D. Va. Dec. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>